JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. MADRILES, | Case No. SACV 21-1199-RGK (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| ORANGE COUNTY SHERIFFS DEPARTMENT, ET AL., | |
| Defendant(s). | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: December 7, 2021

*Gary Klausner*

HONORABLE R. GARY KLAUSNER
United States District Judge